1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 03CR2558L |
| Plaintiff, | ) **ORDER AMENDING MICHAEL BLEVINS' JUDGMENT TO PERMIT WORK RELATED TRAVEL AND TRAVEL IN SOUTHERN DISTRICT OF FLORIDA** |
| vs. | ) |
| MICHAEL LEE BLEVINS, | ) |
| Defendant. | ) Judge: The Honorable M. James Lorenz |

## O R D E R

Upon consideration of the Joint Motion for Order Amending Michael Blevins' Judgment to Permit Work Related Travel and Travel in the Southern District of Florida,

IT IS HEREBY ORDERED that Michael Blevins' Judgment be amended to permit work related travel, whether in the United States or internationally, provided that (1) Mr. Blevins' provide his travel itinerary to the Probation Officer before his departure, (2) the Probation Officer does not object to the proposed work related travel, and (3) Mr. Blevins report the details of his travel to the Probation Officer upon his return. Moreover, it is further ordered that Mr. Blevins'

///
///

1  Judgment be amended to permit travel in the Southern District of Florida, where Mr. Blevins
2  resides.

4  DATED: January 10, 2008

_____
M. James Lorenz
United States District Court Judge